DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:                                   )
                                         )  Chapter 13
                                         )  Case No.  10-6-3343 SLJ
                                         )
SIGNOR, CAROL                            )  TRUSTEE'S OBJECTION TO
                                         )  CONFIRMATION WITH CERTIFICATE OF
                                         )  SERVICE
                                         )
                                         )  341 Meeting: Date: FEBRUARY 14, 2011 @
                                         )  9:30 AM
                                         )  Pre-Hearing Conference Date: APRIL 21, 2011
                                         )  Pre-Hearing Conference Time: 9:30 AM
                                         )  Place: 280 S. 1st Street Room 3099
                                         )         San Jose, CA
            Debtor(s)                       Judge:  Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this

PROTANTO% Plan for the following reasons:

1. The proposed Chapter 13 plan contains language that states that the plan shall complete

   within sixty (60) months of plan confirmation.  This provision contravenes 11 U.S.C.

   §§1322(d)(1) and 1326(a)(1) which, together, provide that the plan term cannot exceed

   sixty months from the date the first plan payment is due.  The Trustee requests that the

   debtor(s) remove the plan language stating that the plan shall complete within sixty (60)

Trustee's Obj to Confirmation 10-6-3343 SLJ–

months of plan confirmation. (Note: the 60 month language is in Section 2(d) and Section 7.)

2. The plan is not feasible pursuant to 11 U.S.C. § 1325(a)(6). Section 1 of the Chapter 13 Plan provides that the debtor's payment is $576.00 (60) months; however, Section 2(d) of the Plan states that the total base amount is $21,400. The payment in Section 1 totals $34,560. The base amount must equal the total of the payments in Section 1.

3. The plan is in violation of 11 U.S.C. § 1325(a)(4), in that creditors would receive more under Chapter 7 liquidation. There is excess equity in the debtor's personal property in the amount of $15,210.00. The following language must be added to Section 7 "Notwithstanding Section 2(d), general unsecured creditors shall receive no less than $15,210."

Dated: February 11, 2011                    /S/ Devin Derham-Burk
                                            _____
                                            Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I am not less than 18 years of age and not a party to the within case; my business address |
| 4 | is 983 University Ave. C-100, Los Gatos, California 95032.  I served a copy of the within |
| 5 | Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, |
| 6 | California on February 11, 2011. |
| 7 | Said envelopes were addressed as follows: |

CAROL SIGNOR
4111 RIVOIR DR
SAN JOSE CA 95118

LAW OFFICES OF DAVID TRAPP
501 STOCKTON AVE
SAN JOSE CA 95126

/S/__Clotilde Costa_____
Office of Devin Derham-Burk, Trustee