DAVID JAMES TRAPP, SB #121274
Attorney at Law
501 Stockton Ave.
San Jose, CA  95126
Telephone: (408) 298-2566

Attorney for Debtor(s)
Carol Signor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                               CHAPTER 13
                                     CASE NO. 10-63343 SLJ
    CAROL SIGNOR
                                     DEBTOR'S PREHEARING
                                     STATEMENT AND CERTIFICATE
                                     OF SERVICE

                                     Date: April 21, 2011
            Debtor(s)                Time: 9:30 AM
_____/     Room: 3099

   Comes now Carol Signor, debtor, and submits the following Prehearing Statement:

   The debtor believes that this case is ready for confirmation. The only pending objections to confirmation are those of the chapter 13 trustee. Debtor's counsel discussed those three objections with trustee's office, and then filed on April 2, 2011, an amended plan which should resolve all those objections. Debtor also filed an amended 2016(b) statement, and an amended Rights and Responsibilities, at the trustee's request to clarify the attorney's fees to be paid.

   One creditor, Stradford Galvez, filed on March 31, 2011, a letter to the court clerk, a confusing document, that requests help in stopping the case and in collecting the monies due to him. He

also filed concurrently a proof of claim for $29,500.  The creditor does not object to the plan in his document, nor is the objection, if that is what it is, timely.  Debtor takes note that Mr. Galvez was listed as a creditor in schedule F, listing a debt for $30,000.  Debtor does not contest that Mr. Galvez is a creditor, and that the amount of his claim is correct.  Debtor believes and contends that Mr. Galvez has no legitimate objection to the plan.

Respectfully submitted,

Dated: April 4, 2011        /s/ David James Trapp, #121274
                            _____
                            DAVID JAMES TRAPP
                            Attorney for Debtor

**DEBTOR'S PREHEARING STATEMENT CERTICATE OF SERVICE**
(In re Signor - 10-63343)

I declare that:

I am a citizen of the United States, employed in the County of Santa Clara, California, over the age of eighteen years, and not a party to the within case.  My business address is 501 Stockton Ave., San Jose, California 95126.  On April 4, 2011, I served the:

DEBTOR'S PREHEARING STATEMENT

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Jose, California, addressed as listed below.  The Chapter 13 Trustee and the US Trustee will receive such copy upon the electronic filing of the above-named document.

    Carol Signor            Stradford Galvez
    4111 Rivoir Dr.         6828 Royalwood Way
    San Jose, CA 95118      San Jose, CA 95120

I certify and declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 4, 2011, in San Jose, California.

                            /s/ David James Trapp, #121274
                            _____
                            DAVID JAMES TRAPP

2

Case: 10-63343    Doc# 23    Filed: 04/04/11    Entered: 04/04/11 10:35:32    Page 2 of 2