

The following constitutes
the order of the court. Signed April 29, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| CAROL A SIGNOR | Case No. 10-63343 SLJ |
| Debtor | **ORDER CONFIRMING PLAN** |

The Debtor filed a Plan under Chapter 13 of the Bankruptcy Code on Dec 31, 2010, a copy of which was served on creditors (and an Amended Plan on Apr 08, 2011).  After hearing on notice on Apr 21, 2011, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures.

THEREFORE, IT IS ORDERED THAT:

1. The Debtor's Amended Plan filed on Apr 08, 2011 is confirmed.

2. The future income of the Debtor shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

/
/
/
/

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtor shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $576

no later than the last day of each month, at P O BOX 50013, SAN JOSE, CA 95150-0013.

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

\*\*\* END OF ORDER \*\*\*

Approved as to form and content.

Dated: Apr 28, 2011 /s/ DEVIN DERHAM-BURK
Chapter 13 Standing Trustee

## COURT SERVICE LIST

Case Name: CAROL A SIGNOR               Case No.: 10-63343 SLJ

CAROL A SIGNOR
4111 RIVOIR DR
SAN JOSE, CA  95118


DAVID JAMES TRAPP
LAW OFFICES OF DAVID JAMES
TRAPP
501 STOCKTON AVE.
SAN JOSE, CA  95126