* David James Trapp, #121274
* 501 Stockton Ave.
* San Jose, CA 95126
* (408) 298-2566
Attorney(s) for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

CAROL SIGNOR

Debtor(s) _____ /

Chapter 13
Case No. **10-63343 SLJ**

SUPPLEMENTAL APPLICATION FOR COMPENSATION;
DECLARATION; CERTIFICATE OF SERVICE
[Cases filed on or after June 1, 2006]

1.  Debtor(s)' petition was filed on **12/31/10**.
2.  The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on **4/2/11**.
3.  Debtor(s) Attorney, **David James Trapp**, requests the approval of additional attorney's fees in the sum of $ **600.00** pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division).
4.  Debtor(s)' Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a claim for additional fees, as follows:

___  A post-confirmation plan modification has been filed
  ___ not requiring amended Schedules I & J. [$400]
  ___ requiring amended Schedules I & J. [$600]
___  Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial liens, has been filed by Applicant
  ___ not requiring a court hearing, [$500]
  ___ requiring a court hearing. [$750]
**X**  A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year from the petition date
  ___ regarding personal property. [$400]
  **x** regarding real property. [$600]
___  Motion to dismiss, convert, or reconvert has been filed, excluding Trustee's Notices of Default regarding plan payments. [$450]
___  Optional preparation of tax returns [$200 each year x ___ years prepared]
___  Motion or adversary proceeding to value and/or avoid real property liens. [$800]

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: **May 30, 2013**     **/s/ David James Trapp, #121274**
           Attorney for Debtor(s)

The Trustee has reviewed this Application and has no objection thereto.

Dated: **May 29 2013**     **/s/ Devin Derham-Burk**
           Chapter 13 Trustee

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to this case. My business address is: **501 Stockton Ave., San Jose, CA 95126**. I served this Application and Declaration by first class U.S. Mail, postage pre-paid at **San Jose**, California on those listed below on the date below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

* Carol Signor
* 4111 Rivoir Dr.
  San Jose, CA 95118

(Debtors)

Dated: **June 4, 2013**     **/s/ David James Trapp #121274**

Rev. 12/01/09