

Drew Henwood, Esq.
The Law Offices of Drew Henwood
93 Devine Street, Suite 100
San Jose, CA 95110
408-279-2730
408-279-2735 fax

Attorney for Moving Party
Leslie Guttadauro

**The following constitutes
the order of the court. Signed October 3, 2013**

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**CAROL A. SIGNOR
aka LENA SIGNOR**

                    Debtors

**LESLIE GUTTADAURO**

                    Movant,
vs.

**CAROL A. SIGNOR
aka LENA SIGNOR**

                    Respondent.

Case No. 10-63343-SLJ-13

Chapter 13

**ORDER ON MOTION GRANTING LIMITED RELIEF FROM STAY AND FOR ADEQUATE PROTECTION**

DATE: May 28, 2013
TIME: 10:30 a.m.
PLACE: United States Bankruptcy Court
280 S. 1st Street, Courtroom 3099
San Jose, CA 95113
BEFORE: The Honorable Stephen L. Johnson

      Leslie Guttadauro (Hereinafter referred to as "Movant") Motion for Relief from the Automatic Stay ("Motion") came on for hearing on May 28, 2013 at 10:30 a.m., the Honorable Stephen L. Johnson, presiding. Movant appeared through his special appearance counsel, Anthony P. Passaretti, Esq. All other appearances were duly noted on the record.

      The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

      **1.**     **IT IS ORDERED** that Debtor shall pay $500 to Movant beginning June 1st 2013 and continuing on the first day of each following month thereafter which represents the contractual payment due to Movant. Debtor is also ordered to make additional payments in equal installments

for a twelve month period until the post-petition arrearage amount is paid in full which also begins on June 1st, 2013. The actual post-petition amount remains subject to determination by the parties. The actual amount of the post-petition arrearage is disputed. The parties shall in good faith determine the actual amounts of the arrearage. The contractual payments and the arrearage payments will be deemed late if not paid on or before the fifteenth of each month. The contractual payments and the arrearage cure payments shall be made to Movant at the following address:

> Leslie T. Guttadauro
> 10251 Parlett Pl
> Cupertino, CA 95016-2016

**2.** **IT IS FURTHER ORDERED** that in the event Debtor fails to timely or properly comply with the payment provisions set forth in paragraph 1 above, Movant may file and serve a Declaration Re: Non-Compliance on Debtor via U.S. mail and Debtor's counsel via facsimile and U.S. mail. Debtor shall then have ten (10) days from the date of service of the Declaration Re: Non-Compliance within which to cure the existing breach. If Debtor fails to do so, then on the eleventh (11th) day, Movant may serve and lodge a Declaration Re: Non-Cure of Default, along with a final Order for Relief from the Automatic Stay and the Court shall cause said Order to be entered. Upon the entry of said Order, the automatic stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, and Movant may proceed with a notice of default and foreclosure sale of the Property, pursuant to applicable state law, without further court order or proceeding, and thereafter take any action necessary to obtain complete possession of the Property.

APPROVED AS TO FORM AND CONTENT:

LAW OFFICES OF DAVID JAMES TRAPP

DATED:_____

By: David James Trapp
Attorney for Debtor, Carol A. Signor aka Lena Signor

**Mr. Trapp has signed off on this order on September 19, 2013 via facsimile transmission**.

****END OF ORDER****

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | David James Trapp |
| | Law Offices of David Jams Trapp |
| 3 | 501 Stockton Ave. |
| | San Jose, CA 95126 |
| 4 | |
| | **Carol A. Signor** |
| 5 | **aka Lena Signor** |
| | 4111 Rivoir Drive |
| 6 | San Jose, CA 95118 |
| 7 | (ALSO SERVICE ON ECF PARTICIPANTS) |