Steve W. Dollar, Esq. (SBN 104365)
sdollar@ericksenarbuthnot.com
Nathaniel R. Lucey, Esq. (SBN 260796)
nlucey@ericksenarbuthnot.com
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone (408) 286-0880
Facsimile (408) 286-0337
Attorneys for LESLIE T. GUTTADAURO

**FILED**
APR 15 2014
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CAROL A. SIGNOR<br>aka LENA SIGNOR,<br><br>           Debtor(s).<br><br>LESLIE GUTTADAURO,<br><br>           Movant,<br><br>CAROL A. SIGNOR<br>aka LENA SIGNOR,<br><br>           Respondent. | Case No. 10-63343 SLJ 13<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE BY MAIL AND FACSIMILE**

I am at least 18 years of age and not a party to the within action. My business address is 152 North Third Street, Suite 700, San Jose, CA 95112.

On the 15th day of April, 2014, I served the interested parties with the document described as follows:

**DECLARATION RE: NONCOMPLIANCE WITH ORDER ON MOTION GRANTING LIMITED RELIEF FROM STAY AND FOR ADEQUATE PROTECTION**

by mail by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

1

| | |
|---|---|
| 1 | CHAPTER 13 TRUSTEE: |
| 2 | Devin Derham-Burk<br>P.O. Box 50013 |
| 3 | San Jose, CA 95150-0013<br>(408) 354-8151 |
| 4 | DEBTOR: |
| 5 | Carol A. Signor<br>4111 Rivoir Drive |
| 6 | San Jose, CA 95118 |
| 7 | DEBTOR'S ATTORNEY:<br>David James Trapp |
| 8 | Law Offices of David James Trapp<br>501 Stockton Avenue |
| 9 | San Jose, CA 95126<br>telephone: (408) 298-2566 |
| 10 | facsimile: (408) 279-5888 |

The envelope was deposited in the United States Post Office.

I deposited such envelope at San Jose, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing affidavit.

Additionally, I served the document listed by facsimile transmission on the debtor's attorney at facsimile number (408) 279-5888. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

Executed on *April 15*, 2014 at San Jose, California.

I declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

*/s/ Noreen Ritz*
Noreen Ritz

---

2

CERTIFICATE OF SERVICE

In re Carol A. Signor aka Lena Signor
Case No. 10-63343-SLJ-13

Case: 10-63343   Doc# 60   Filed: 04/15/14   Entered: 04/16/14 12:18:35   Page 2 of 3

04/15/2014 12:09 FAX 408 286 0337    ERICKSEN ARBUTHNOT    ☑001

```
                    ***********************
                    ***   TX REPORT    ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                1198
        CONNECTION TEL                        14082795888
        CONNECTION ID
        ST. TIME                04/15 12:06
        USAGE T                 03'05
        PGS. SENT               29
        RESULT                  OK
```

1  Steve W. Dollar, Esq. (SBN 104365)
   sdollar@ericksenarbuthnot.com
2  Nathaniel R. Lucey, Esq. (SBN 260796)
   nlucey@ericksenarbuthnot.com
3  ERICKSEN ARBUTHNOT
   152 North Third Street, Suite 700
4  San Jose, CA 95112
   Telephone (408) 286-0880
5  Facsimile (408) 286-0337
   Attorneys for LESLIE T. GUTTADAURO
6
7
8           UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF CALIFORNIA
9
10  In re                        | Case No. 10-63343 SLJ 13
11  CAROL A. SIGNOR              | Chapter 13
12  aka LENA SIGNOR,
                                 | DECLARATION RE: NON-COMPLIANCE
13           Debtor(s).          | WITH ORDER ON MOTION GRANTING
                                 | LIMITED RELIEF FROM STAY AND FOR
14  LESLIE GUTTADAURO,           | ADEQUATE PROTECTION
15           Movant,
16
17  CAROL A. SIGNOR
    aka LENA SIGNOR,
18
19           Respondent.

20  I, Leslie T. Guttadauro, declare:
21      1.   I am a creditor in the above Chapter 13 Bankruptcy of Debtor Carol Signor (aka
22  Lena Signor.) I have personal, first-hand knowledge as to the statements set forth herein. If
23  called upon as a witness in a court of law, I would competently testify as to the following: