**FILED**

APR 2 8 2014

United States Bankruptcy Court
San Jose, California

1  Steve W. Dollar, Esq. (SBN 104365)
   sdollar@ericksenarbuthnot.com
2  Nathaniel R. Lucey, Esq. (SBN 260796)
   nlucey@ericksenarbuthnot.com
3  ERICKSEN ARBUTHNOT
   152 North Third Street, Suite 700
4  San Jose, CA 95112
   Telephone (408) 286-0880
5  Facsimile (408) 286-0337
   Attorneys for LESLIE T. GUTTADAURO
6

7

8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | In re                              | Case No. 10-63343 SLJ 13
11 | CAROL A. SIGNOR                    | Chapter 13
12 | aka LENA SIGNOR,                   |
13 |                        Debtor(s).  | **CERTIFICATE OF SERVICE**
14 | LESLIE GUTTADAURO,                 |
15 |                        Movant,     |
16 |                                    |
17 | CAROL A. SIGNOR                    |
   | aka LENA SIGNOR,                   |
18 |                                    |
19 |                        Respondent. |

20              **CERTIFICATE OF SERVICE BY MAIL**

21       I am at least 18 years of age and not a party to the within action. My business address is

22  152 North Third Street, Suite 700, San Jose, CA 95112.

23       On the 28th day of April, 2014, I served the interested parties with the document

24  described as follows:

25              **DECLARATION RE: NON-SCURE OF DEFAULT**

26              **ORDER FOR RELIEF FROM AUTOMATIC STAY**

27

28       By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

                                    1

CERTIFICATE OF SERVICE                    In re Carol A. Signor aka Lena Signor
                                          Case No. 10-63343-SLJ-13

1 | CHAPTER 13 TRUSTEE
2 | Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
3 | (408) 354-8151

4 | DEBTOR:
Carol A. Signor
5 | 4111 Rivoir Drive
San Jose, CA 95118
6 |

7 | DEBTOR'S ATTORNEY:
David James Trapp
Law Offices of David James Trapp
8 | 501 Stockton Avenue
San Jose, CA 95126
9 | telephone: (408) 298-2566
facsimile: (408) 279-5888
10 |

11 | The envelope was deposited in the United States Post Office.

12 | I deposited such envelope at San Jose, California.

13 | I am "readily familiar" with the firm's practice of collection and processing

14 | correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the

15 | ordinary course of business. I am aware that on motion of party served, service is presumed

16 | invalid if postal cancellation date of postage meter date is more than one day after date of deposit

17 | for mailing affidavit.

18 | Executed on *April 25*, 2014 at San Jose, California.

19 | I declare under penalty of perjury that the above statements are true to the best of my

20 | knowledge and belief.

21 |

22 | Noreen Ritz

2

CERTIFICATE OF SERVICE

In re Carol A. Signor aka Lena Signor
Case No. 10-63343-SLJ-13

Case: 10-63343    Doc# 62    Filed: 04/28/14    Entered: 04/29/14 15:14:41    Page 2 of 2