```
1  DAVID JAMES TRAPP, SB #121274
   Attorney at Law
2  501 Stockton Ave.
   San Jose, CA  95126
3  Telephone: (408) 298-2566

4  Attorney for Debtor(s)
   Carol Signor
5
```

                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA

In Re:                              CHAPTER 13
                                    CASE NO. 10-63343 SLJ
    CAROL A. SIGNOR
                                    MOTION TO VACATE ORDER FOR
                                    RELIEF FROM STAY

                                    Date: September 23, 2014
                Debtor(s)           Time: 10:00 AM
_____/      Room: 3099

   Debtor Carol A. Signor hereby moves the court for an order to vacate the Order for Relief from Stay as to the creditor Leslie Guittadauro, and to restore the Adequate Protection Order of October 3, 2013.

   This case was filed by the Debtor on December 31, 2010, as a Chapter 13 case. The court approved the Amended Plan on April 29, 2011.  The debtor has since been reliably current on her plan payments.

   In April 2013, creditor Leslie Guittadauro filed a motion for relief from stay.  The court heard the matter on May 28, 2013.  An Adequate Protection Order (hereinafter "the "APO") was entered on October 3, 2013.

   As part of the APO the parties were to meet and confer

concerning the actual amount of the disputed post-petition arrearage. There were meetings between counsel, but no agreement was ever made regarding the amount of the post-petition arrearage.

During this time of the APO, debtor made three (3) monthly payments and then attempted repeatedly to make further payments of $500 a month to the creditor, but the creditor refused to accept them. See the accompanying declaration of Debtor reviewing her repeated attempts to pay and the circumstances thereof.

On or about April 25, 2014, creditor, after changing counsel, filed a declaration re: non-cure of default. The court thereafter issued an Order for Relief from Automatic Stay. The notice of non-cure, however, did not disclose to the court the creditor's refusal to accept payments.

On or about June 23, 2014, creditor has issued a 90 Day Notice of Default on the subject real property.

Creditor's declaration of non-cure was based on inaccuracies and factual mistakes.

WHEREFORE, Debtor requests that this court vacate the order of relief from stay, restore the Adequate Protection Order, and order such other relief as is just and appropriate.

Respectfully submitted.

Dated: September 2, 2014          /s/ David James Trapp, #121274
                                  Attorney for Debtor